*Received mail June 2, 2008*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE-FOLEY SQUARE
500 PEARL STREET, COURTROOM 14A
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

-----------------------------------------------------------X

HOWARD GOTBETTER,
                Plaintiff,

    -against-                               08 Civ. 4868 (RMB)

PETER M. WENDT, ET AL.,

                Defendants.

-----------------------------------------------------------X

**MEMO ENDORSED** *p.2*

      This action has been assigned to the Honorable Richard M. Berman. An initial pre-trial conference is (re)scheduled for **June 26, 2008 at 9:00 a.m.** in Courtroom 21D (21st floor), 500 Pearl Street, U.S. District Courthouse. You are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, first floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's web-site at www.nysd.uscourts.gov.

      In accordance with Rule 16 of the Federal Rules of Civil Procedure, counsel should complete in advance of the conference and develop a case management plan (form enclosed). Counsel (or <u>pro se</u> litigants) should bring additional copies of the completed case management plan to the conference.

*(1) Form enclosed. There are no defendants' counsel.*

      In addition to the matters covered in the case management plan, counsel (or <u>pro se</u> litigants) should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and any other issue relevant to case management. **Counsel should also be prepared to discuss efforts to settle the case.**

      **Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to chambers prior to this conference.** *6/2/08*

Dated: New York, New York
          May 30, 2008

*Response from Howard Gotbetter*
*212/315-0968*
*P.O. Box 102*
*NY NY 10101*

Very truly yours,

*Dori Straus*

Dori Straus
*Intern*
(212) 805-6721

*(2) I think any Pre-Trial Conference for 6/26/08 is very premature. Action filed 5/27/08. Service on defendants via mail [Request/Waiver of Service] started 5/27/08.*

*(3) Defendants' not served and no defendants' counsel exist as of today.*

*(4) Cannot develop any current case management plan today*

*(5) Copy of complaint mailed 5/27/08 to chambers*

*(6) Defendants all individuals — no Rule 7.1 statement needed*

*(7) SHALL I ATTEND MYSELF ON 6/26/08? I am Pro Se*

2

Conference adjourned to 7/24/08 at 9:00 a.m. (final).

SO ORDERED:
Date: 6/12/08

Richard M. Berman, U.S.D.J.