

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2008

MEMO ENDORSED
P2

Mr. Howard Gotbetter
Radio City Station
PO Box 102
New York NY 10101-0102

Hon. Richard M. Berman
United States Courthouse
500 Pearl St - NY NY 10007

        Ref) Gotbetter vs Wendt, etc
            08 CV 4868 (RMB)

Dear Judge Berman -

    Defendants' lawyer told me via
phone that the conference is now
changed to July 17, 2008.

    I never got printed/written
Notice of this change from anyone.

    I am pro se. I do not go
online for any matters in this case.

    I request written copies of all
memos, endorsements, etc be mailed
to me. Thank you

                    Howard Gotbetter
                        pro se
                212/315-0968

Mr. Howard Gotbetter
Radio City Station
PO Box 102
New York NY 10101-0102

Conference on 7/17/08
@ 9:15 to discuss
all issues.

SO ORDERED
Date: 7/7/08    *Richard A. Berman*

Richard M. Berman, U.S.D.J.