UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Gotbetter    Plaintiff(s),

- v -

Wendt et al,    Defendant(s).
------------------------------------------------------X

**Case Management Plan**

08 CV. 4868 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2008

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __Aug 1, 2008__

(ii) Amend the pleadings by __Aug 1, 2008 (see below)__

(iii) All discovery to be **expeditiously** completed by __October 3, 2008__

(iv) Consent to Proceed before Magistrate Judge __Not at this time__  Plaintiff consents

(v) Status of settlement discussions __None__   10/21/08 @ 9:30 AM

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions __to dismiss by 8/22/08; Response by 9/22/08; 10/6/08  Page limits -- 5 minutes/side__

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other 1) Refer discovery issues to Mag. Judge
2) Motion will be "with prejudice" if Pl elects not to amend the complaint by 8/1/08

SO ORDERED: New York, New York
__7/17/08__

RMB
Hon. Richard M. Berman, U.S.D.J.